## Commonwealth ex rel. Fogelman *v.* Fogelman, Appellant.

Before ROSENBERG, J.

Argued March 19, 1969. *J. Leon Rabben*, for appellant; *Emanuel Romm*, for appellee.

Order affirmed.